# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOF DEBONI**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MERCOR.IO CORPORATION** d/b/a **MERCOR**,<br><br>Defendant. | Case No. 3:26-cv-02821-AGT<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **LISA GILL**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MERCOR.IO CORPORATION** d/b/a **MERCOR**,<br><br>Defendant. | Case No. 3:26-cv-02831-JCS |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| **NATIVIA ESSON**, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**MERCOR.IO CORPORATION** d/b/a **MERCOR**,<br><br>                              Defendant. | Case No. 3:26-cv-02839-PHK |

This matter is before the Court on Plaintiff's Administrative Motion to Consider Whether Cases Should be Related. The Court, having considered the Motion and being fully advised in the premises, hereby orders as follows:

1.      Plaintiff's motion is hereby GRANTED.

2.      Pursuant to Local Civil Rules 3-12 and 7-11, *Gill v. Mercor.io Corporation*, No. 3:26-cv-02831 (the "Gill Action") and *Esson v. Mercor.io Corporation,* No. 3:26-cv-02839 (the "Esson Action") are related and transferred to the Honorable Alex G. Tse—who is the presiding judge in the earliest-filed related action *Deboni v. Mercor.io Corporation*, No. 3:26-cv-02821 (the "Deboni Action") (together, the "Related Actions").

3.      Pursuant to Federal Rule of Civil Procedure 42(a), the Related Actions—and all other pending and future actions arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District—are consolidated for all pre-trial purposes, into the earliest-filed Johnson Action.

**IT IS SO ORDERED:**

  April 13, 2026
  Dated

ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
– 1