# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOF DEBONI**, on behalf of himself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>**MERCOR.IO CORPORATION** d/b/a **MERCOR**,<br><br>                                    Defendant. | Case No.:  3:26-cv-02821<br><br>**[PROPOSED] ORDER GRANTING SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **LISA GILL**, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>**MERCOR.IO CORPORATION** d/b/a **MERCOR**,<br><br>                                    Defendant. | Case No.: 3:26-cv-02831 |
| **NATIVIA ESSON**, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>v. | Case No.:  3:26-cv-02839 |

1

**MERCOR.IO CORPORATION** d/b/a **MERCOR**,

                    Defendant.

**JELANI LOFTON**, on behalf of himself and all others similarly situated,

                    Plaintiff,

v.

**MERCOR.IO CORPORATION** d/b/a **MERCOR**,

                    Defendant.

Case No.: 3:26-cv-02865

**ALLAN MASSMAN,** on behalf of himself and all others similarly situated,

                    Plaintiff,

v.

**MERCOR.IO CORPORATION** d/b/a **MERCOR**,

                    Defendant.

Case No.: 3:26-cv-02990

2

This matter is before the Court on Plaintiffs' Second Administrative Motion to Consider Whether Cases Should Be Related. The Court, having considered the Motion and being fully advised in the premises, hereby order as follows:

1. Plaintiffs' Motion is hereby GRANTED.

2. Pursuant to Local Civil Rules 3-12 and 7-11, *Lofton v. Mercor.IO Corporation d/b/a Mercor*, No. 3:26-cv-02865 (the "Lofton Action") and *Massman v. Mercor.IO Corporation d/b/a Mercor*, No. 3:26-cv-02990 (the "Massman Action") are related and transferred to the Honorable Alex G. Tse- who is the presiding judge in the earliest-filed related action *Deboni v. Mercor.io Corporation*, No. 3:26-cv-02821 (the "Deboni Action") (together, the "Related Actions").

3. Pursuant to the Federal Rule of Civil Procedure 42(a), the Related Actions-and all other pending and future actions arising out of the same or similar operative facts now pending of hereafter filed in, removed to, or transferred to this District-are consolidated for all pre-trial purposes, into the earliest filed Deboni Action.

**IT IS SO ORDERED:**

_____
Dated

_____
HON. ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE

3

Order Granting Second Administrative Motion to Consider
Whether Cases Should be Related                                    Case No. 3:26-cv-2821