ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:    +1 206 839 4300
Facsimile:    +1 206 839 4301

MARC R. SHAPIRO (*pro hac vice forthcoming*)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 3546
Facsimile:    +1 212 506 5151

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

Attorneys for Defendant
Mercor.io Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOF DEBONI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCOR.IO CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-02821-WHO<br><br>**JOINT STIPULATION RE: DEFENDANT MERCOR.IO CORPORATION'S DEADLINE TO RESPOND TO COMPLAINTS IN RELATED ACTIONS** |
| LISA GILL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCOR.IO CORPORATION, | Case No. 3:26-cv-02831-WHO |

1

Defendant.

NATIVIA ESSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MERCOR.IO CORPORATION d/b/a MERCOR,

Defendant.

Case No. 3:26-cv-02839-WHO

JELANI LOFTON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MERCOR.IO CORPORATION,

Defendant.

Case No. 3:26-cv-02865-JCS

ALLAN MASSMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCOR.IO CORPORATION,

Defendant.

Case No. 3:26-cv-02990-LB

ELANA RAMOS and CRAIG SMITH, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

MERCOR.IO CORPORATION,

Defendant.

Case No. 4:26-cv-03215-KAW

2

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE
TO RESPOND TO COMPLAINTS

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Christof Deboni, Lisa Gill, Nativia Esson, Jelani Lofton, Allan Massman, Elana Ramos, and Craig Smith ("Plaintiffs") and Defendant Mercor.io Corporation ("Defendant" and together with Plaintiffs, the "Parties"), hereby stipulate to extend the time for Defendant to answer or otherwise respond to the complaints in the above-captioned matters as set forth below pending resolution of Plaintiffs' Amended Motion to Consolidate Cases and Appoint Interim Class Counsel (Dkt. 17).  In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiffs allege claims against Defendant relating to a March 2026 cybersecurity incident (the "Incident");

WHEREAS, on April 1, 2026, Plaintiff Christof Deboni filed the first complaint concerning the Incident in this District, *Deboni v. Mercor.io Corp.*, No. 3:26-cv-2821 ("*Deboni*"), and Defendant executed a Waiver of Service of Summons on April 22, 2026, setting Defendant's responsive pleading deadline to June 22, 2026;

WHEREAS, on April 1, 2026, Plaintiff Lisa Gill filed the second complaint concerning the Incident in this District, *Gill v. Mercor.io Corp.*, No. 3:26-cv-2831 ("*Gill*"), and Defendant executed a Waiver of Service of Summons on April 13, 2026, setting Defendant's responsive pleading deadline to June 12, 2026;

WHEREAS, on April 1, 2026, Plaintiff Nativia Esson filed the third complaint concerning the Incident in this District, *Esson v. Mercor.io Corp.*, No. 3:26-cv-2839 ("*Esson*"), and served Defendant with the complaint and summons on April 6, 2026, setting Defendant's responsive pleading deadline to April 27, 2026;

WHEREAS, on April 2, 2026, Plaintiff Deboni filed an administrative motion in the *Deboni* action to relate the *Deboni*, *Gill*, and *Esson* actions, which motion the Court granted on April 14, 2026, thereby transferring the *Gill* and *Esson* matters to the earliest-filed *Deboni* action (Dkt. 7);

WHEREAS, on April 2, 2026, Plaintiff Jelani Lofton filed the fourth complaint concerning the Incident in this District, *Lofton v. Mercori.io Corp.*, No. 3:26-cv-2865 ("*Lofton*"), and subsequently agreed to send a Waiver of Service of Summons on April 24, 2026, and Defendant

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE TO
RESPOND TO COMPLAINTS

agreed to execute it the same day, setting Defendant's responsive pleading deadline to June 23, 2026;

WHEREAS, on April 7, 2026, Plaintiff Allan Massman filed the fifth complaint concerning the Incident in this District, *Massman v. Mercor.io Corp.*, No. 3:26-cv-2990 ("*Massman*"), and Defendant executed a Waiver of Service of Summons on April 13, 2026, setting Defendant's responsive pleading deadline to June 12, 2026;

WHEREAS, on April 14, 2026, Plaintiff Deboni filed a second administrative motion in the *Deboni* action to relate the *Lofton* and *Massman* actions with the earliest-filed *Deboni* action (Dkt. 10), which motion remains pending;

WHEREAS, on April 15, 2026, Plaintiff Elana Ramos filed the sixth complaint concerning the Incident in this District, *Ramos v. Mercor.io Corp.*, No. 4:26-cv-3215 ("*Ramos*"), and served the complaint and summons on Defendant on April 20, 2026, setting Defendant's responsive pleading deadline to May 11, 2026; [1]

WHEREAS, on April 16, 2026, Plaintiffs in the *Deboni*, *Gill*, *Esson*, *Lofton*, and *Massman* actions filed a Motion to Consolidate Cases and Appoint Interim Class Counsel in the earliest-filed *Deboni* action to consolidate the five cases and appoint interim class counsel (Dkt. 13), which motion is set for a hearing on May 27, 2026 at 2 p.m. (Dkt. 14);

WHEREAS, on April 16, 2026, Plaintiff Ramos filed an administrative motion in the *Deboni* action to relate the *Ramos* action with the earliest-filed *Deboni* action (Dkt. 16), which motion remains pending;

WHEREAS, on April 22, 2026, Plaintiffs in the *Deboni*, *Gill*, *Esson*, *Lofton*, *Massman*, and *Ramos* actions filed an Amended Motion to Consolidate Cases and Appoint Interim Class Counsel in the earliest-filed *Deboni* action to include the *Ramos* action ("Amended Motion to Consolidate") (Dkt. 17), which motion is set for a hearing on May 27, 2026 at 2 p.m.;

WHEREAS, Defendant's responsive pleading deadlines in the *Esson* and *Ramos* actions are set to expire before the May 27, 2026 hearing on the pending Amended Motion to Consolidate;

---

[1] Plaintiff Ramos amended her complaint in the *Ramos* action on April 17, 2026 to name co-Plaintiff Craig Smith.

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE
TO RESPOND TO COMPLAINTS

WHEREAS, the Parties agree that Defendant's responsive pleading deadline in each of the six actions would be moot in the event that Plaintiffs' Amended Motion to Consolidate is granted because Plaintiffs would be required to file a consolidated class action complaint;

WHEREAS, the Parties further agree that setting a global responsive pleading deadline for Defendant in all six actions in the event that Plaintiffs' Amended Motion to Consolidate is denied would be most efficient for the Parties and the Court;

WHEREAS, the Parties agree that:

1. Defendant's responsive pleading deadlines in the *Deboni*, *Gill*, *Esson*, *Lofton*, *Massman*, and *Ramos* actions shall be stayed until the Court enters an Order on Plaintiffs' Amended Motion to Consolidate (and any further amended motion to consolidate);

2. If Plaintiffs' Amended Motion to Consolidate is denied, Defendant's responsive pleadings in the *Deboni*, *Gill*, *Esson*, *Lofton*, *Massman*, and *Ramos* actions shall be due within 45 days after entry of the Order of denial; and

3. If Plaintiffs' Amended Motion to Consolidate is granted, Defendant's responsive pleading deadline for the consolidated class action complaint shall be governed by the Order granting consolidation and any scheduling order entered therein.

WHEREAS, the Parties agree that the 45-day extension will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, this stipulation does not constitute a waiver by Defendant of any defense, including without limitation the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, and sufficiency of process or service of process.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. Defendant's responsive pleading deadlines in the *Deboni*, *Gill*, *Esson*, *Lofton*, *Massman*, and *Ramos* actions shall be stayed until the Court enters an Order on Plaintiffs' Amended Motion to Consolidate (and any further amended motion to consolidate);

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE
TO RESPOND TO COMPLAINTS

2. If Plaintiffs' Amended Motion to Consolidate is denied, Defendant's responsive pleadings in the *Deboni*, *Gill*, *Esson*, *Lofton*, *Massman*, and *Ramos* actions shall be due within 45 days after entry of the Order of denial;

3. If Plaintiffs' Amended Motion to Consolidate is granted, Defendant's responsive pleading deadline for the consolidated class action complaint shall be governed by the Order granting consolidation and any scheduling order entered therein; and

4. This stipulation does not constitute a waiver by Defendant of any defense, including without limitation the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, and sufficiency of process or service of process.

Dated: April 23, 2026

*/s/ Betty Kim*

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:    +1 206 839 4300
Facsimile:    +1 206 839 4301

MARC R. SHAPIRO (*pro hac vice forthcoming*)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 3546
Facsimile:    +1 212 506 5151

*Attorneys for Defendant*
*Mercor.io Corporation*

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE
TO RESPOND TO COMPLAINTS

/s/ John J. Nelson

John J. Nelson (SBN 317598)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse Suite
Beverly Hills, CA 90212
Telephone:    +1 858 209 6941
jnelson@milberg.com

Leanna A. Loginov (*pro hac vice* forthcoming)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone:    +1 305 479 2299
lloginov@shamisgentile.com

*Attorneys for Plaintiff Christopher Deboni and the Proposed Class*


/s/ Amber L. Schubert

Amber L. Schubert (SBN 278696)
Robert C. Schubert (SBN 62684)
Sonum Dixit (SBN 353395)
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St., Suite 200
San Francisco, CA 94123
Telephone:    +1 415 788 4220
Facsimile:    +1 415 788 0161
aschubert@sjk.law
rschubert@sjk.law
sdixit@sjk.law

*Attorneys for Plaintiffs Elana Ramos and Craig Smith and the Putative Class*


/s/ Scott Edelsberg

Scott Edelsberg (SBN 330990)
EDELSBERG LAW, P.A.
1925 Century Park E, #1700
Los Angeles, CA 90067
Telephone:    +1 305 975 3320
scott@edelsberglaw.com

*Attorney for Plaintiff Lisa Gill and the Proposed Class*

7                                           JOINT STIPULATION
                             RE: DEFENDANT'S DEADLINE
                             TO RESPOND TO COMPLAINTS

/s/ Andrew Gunem

Andrew G. Gunem (SBN 354042)
Carly M. Roman (SBN 349895)
STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Suite 22946
San Francisco, CA 94114
Telephone:    +1 872 263 1100
Facsimile:    +1 872 263 1109

*Attorneys for Plaintiff Nativia Esson and Proposed Class*

/s/ Kristen Lake Cardoso

Kristen Lake Cardoso (SBN 338762)
KOPELOWITZ OSTROW P.A.
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Telephone:    +1 954 525 4100
cardoso@kolawyers.com

*Attorney for Plaintiff Jelani Lofton and the Proposed Class*

/s/ John J. Nelson

John J. Nelson (SBN 317598)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse Suite
Beverly Hills, CA 90212
Telephone:    +1 858 209 6941
jnelson@milberg.com

A. Brooke Murphy (admitted *pro hac vice*)
MURPHY LAW FIRM
4116 Wills Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone:    +1 405 389 4989
abm@murphylegalfirm.com

*Attorneys for Plaintiff Allan Massman and the Proposed Class*

8                          JOINT STIPULATION
                           RE: DEFENDANT'S DEADLINE
                           TO RESPOND TO COMPLAINTS

**ATTESTATION**

I, Betty Kim, hereby attest that, pursuant to Civil Local Rule 5-1(h)(3), concurrence in the filing of this document has been obtained from each signatory.

Dated: April 23, 2026                            */s/ Betty Kim*
                                                         Betty Kim

JOINT STIPULATION
RE: DEFENDANT'S DEADLINE
TO RESPOND TO COMPLAINTS