ARAVIND SWAMINATHAN (admitted *pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

MARC R. SHAPIRO (admitted *pro hac vice*)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 3546
Facsimile: +1 212 506 5151

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Defendant
Mercor.io Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Mercor.IO Corporation Data Breach Litigation* | Lead Case No. 3:26-cv-02821-WHO<br><br>**DECLARATION OF MARC R. SHAPIRO IN SUPPORT OF STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF MEDIATION**<br><br>This Document Relates To: All Actions |

I, Marc R. Shapiro, hereby declare:

1. I am a member in good standing of the Bar of the State of New York and am admitted to practice *pro hac vice* before this Court. I am a partner at Orrick, Herrington & Sutcliffe, LLP. I represent Defendant Mercor.io Corporation ("Defendant," and collectively with Plaintiffs, the "Parties") in this matter. I make this declaration in support of Plaintiffs' and Defendant's Stipulation to Stay Proceedings. I have personal knowledge of the matters contained in this declaration. If called to testify to the matter set forth in this declaration, I would do so competently.

2. The April 17, 2026 Case Management Scheduling Order set an Initial Case Management Conference on August 4, 2026, at 2:00 p.m. which set related Rule 26 deadlines. *See* ECF No. 15.

3. Since the Court consolidated the related proceedings and appointed interim lead counsel on May 19, 2026, ECF No. 29, this is the Parties' first request for time modification in this case. Before the member cases were consolidated and interim class counsel was appointed, the Parties stipulated to stay Defendant's deadline to respond to the complaints in the member cases pending consolidation. *See* ECF No. 20.

4. Pursuant to the Order granting consolidation, Plaintiffs' deadline to file a consolidated complaint was June 18, 2026, and Defendant's deadline to file a responsive pleading is August 3, 2026. *See* ECF No. 29.

5. On June 18, 2026, Plaintiffs filed a Consolidated Class Action Complaint. *See* ECF No. 31.

6. The Parties have agreed to participate in a mediation before the Hon. R. Wayne Andersen (ret.) and are currently conferring regarding the scheduling of the mediation.

7. Counsel for Defendant and Plaintiffs have conferred and agree that the stay would promote judicial economy, conserve the resources of the Court and the Parties, and facilitate the Parties' good-faith efforts to resolve this Action through mediation.

8. The proposed stay would affect Defendant's responsive pleading deadline (August 3, 2026), the Initial Case Management Conference (August 4, 2026), the submission of a joint case

management statement, and the exchange of initial disclosures (July 28, 2026). *See* ECF Nos. 15, 31.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2026.

*/s/ Marc R. Shapiro*
Marc R. Shapiro