ARAVIND SWAMINATHAN (admitted *pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:    +1 206 839 4300
Facsimile:    +1 206 839 4301

MARC R. SHAPIRO (admitted *pro hac vice*)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 3546
Facsimile:    +1 212 506 5151

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

Attorneys for Defendant
Mercor.io Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Mercor.IO Corporation Data Breach Litigation* | Lead Case No. 3:26-cv-02821-WHO |
| | **STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF MEDIATION; [~~PROPOSED~~] ORDER** |
| | This Document Relates To: All Actions |
| | Judge: Hon. William H. Orrick |
| | [Declaration of Marc R. Shapiro filed concurrently herewith] |

Pursuant to Civil L.R. 6-2 and 7-12, Defendant Mercor.io Corporation ("Defendant") and Plaintiffs Christof Deboni, Lisa Gill, NaTivia Esson, Jelani Lofton, Allan Massman, Elana Ramos, Craig Smith, and Vineeth Ananthula ("Plaintiffs," and collectively with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the April 17, 2026 Case Management Scheduling Order set the Initial Case Management Conference to August 4, 2026, at 2:00 p.m., and the submission deadline for a joint case management statement following a Rule 26(f) conferral to July 28, 2026, *see* ECF No. 15;

WHEREAS, on May 19, 2026, the Court granted the Motion to Consolidate and set Defendant's responsive pleading deadline to August 3, 2026, *see* ECF No. 29;

WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint in the above-captioned action (the "Action") on June 18, 2026, *see* ECF No. 31;

WHEREAS, the Parties have agreed to participate in a confidential mediation in an effort to resolve this Action without further litigation, *see* Declaration of Marc. R. Shapiro ("Shapiro Decl.") ¶ 6;

WHEREAS, the Parties have agreed to mediate before the Hon. Wayne R. Andersen (ret.) and are currently conferring regarding the scheduling of the mediation;

WHEREAS, the Parties believe that a temporary stay of proceedings will promote judicial economy, conserve the resources of the Court and the Parties, and facilitate the Parties' good-faith efforts to resolve this Action through mediation, *see id.* ¶ 7;

WHEREAS, the Parties request that the Court stay all proceedings in this Action, including Defendant's responsive pleading deadline (August 3, 2026), the Initial Case Management Conference (August 4, 2026), and related case management and discovery deadlines (July 28, 2026 for the submission of a joint case management statement, and the exchange of initial disclosures), pending the resolution of the Parties' mediation, *see* Shapiro Decl. ¶ 8;

WHEREAS, the Parties agree to file a joint status report no later than 14 days after the conclusion of mediation, advising the Court whether a continuation of the stay is proper; and

WHEREAS, this is the Parties' first request for time modification in this case since the Court consolidated the related proceedings and appointed interim lead counsel on May 19, 2026,

No. 3:26-CV-02821-WHO                  - 2 -                  STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER

*see* ECF No. 29. Before the member cases were consolidated and interim class counsel was appointed, the Parties stipulated to stay Defendant's deadline to respond to the complaints in the member cases pending consolidation, *see* ECF No. 20.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties through their undersigned counsel, subject to Court approval, that:

1. All proceedings in this Action are stayed pending the Parties' forthcoming mediation.

2. The Initial Case Management Conference currently scheduled for August 4, 2026 is continued and taken off calendar.

3. All case management and discovery deadlines, including Defendant's responsive pleading, the submission of a joint case management conference statement, and exchange of initial disclosures, are stayed and continued pending further order of the Court.

4. The Parties shall file a joint status report no later than 14 days after the conclusion of mediation, advising the Court of the status of the mediation process and whether a continuation of the stay is proper.

IT IS SO STIPULATED.

Dated: July 20, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aravind Swaminathan*

ARAVIND SWAMINATHAN (*pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

MARC SHAPIRO  (*pro hac vice*)
mshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:  +1 212 506 3546
Facsimile:  +1 212 212 506 5151

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone:  +1 213 629 2020
Facsimile:  +1 213 612 2499

*Attorneys for Defendant*
*Mercor.io Corporation*

Dated: July 20, 2026            MILBERG PLLC

By: *John J. Nelson*
John J. Nelson (SBN 317598)
MILBERG PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Interim Lead Counsel for Plaintiffs*
*and Proposed Class*

No. 3:26-cv-02821-WHO                - 4 -                STIPULATION TO STAY
                                                         PROCEEDINGS;
                                                         [PROPOSED] ORDER

## **ATTESTATION**

I, Betty Kim, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: July 20, 2026                    */s/ Betty Kim*
                                        Betty Kim

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

Dated: July 20, 2026                    */s/ Betty Kim*
                                        Betty Kim

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _July 20, 2026_____    _____

Hon. William H. Orrick
United States District Judge

No. 3:26-cv-02821-WHO                - 6 -                STIPULATION TO STAY
PROCEEDINGS;
[PROPOSED] ORDER